UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERAC A. HANLEY,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>Respondents. | Case No. 3:14-cv-00521-MMD-WGC<br><br>ORDER |

This counseled habeas corpus action is before the Court on a motion for voluntary dismissal. (Dkt. no. 16.) Petitioner's counsel has filed a notice of the death of petitioner deRac A. Hanley and attached the Nevada Department of Corrections search record reflecting his death. (Dkt. no. 15.) In light of petitioner's death, the motion for voluntary dismissal is granted.

It is therefore ordered that petitioner's motion for voluntary dismissal (dkt. no. 16) is granted. The petition is dismissed.

It is further ordered that petitioner's two unopposed motions for extension of time (dkt. nos. 12, 14) are denied as moot.

It is further ordered that the Clerk shall enter judgment accordingly and close this case.

DATED THIS 15th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE